Entered
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WAGNER, | Case No. EDCV 08-1077-AG (RNB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| MATTHEW CATES, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is summarily dismissed without prejudice.

DATED: SEPT 30, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE